# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| LANCE TYLER, | : | No. 3 EAP 2022 |
| | : | |
| Appellant | : | Appeal from the order of |
| | : | Commonwealth Court entered on |
| | : | November 3, 2021 at No. 373 M.D. |
| v. | : | 2021. |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION | : | |
| AND PAROLE, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                    **DECIDED:  October 19, 2022**

     **AND NOW,** this 19th day of October, 2022, the order of the Commonwealth Court is **AFFIRMED**.